**Opinion issued November 1, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00797-CV**

———————————

**RAZA PASHA, M.D., INDIVIDUALLY AND AS AGENT, SERVANT, AND EMPLOYEE OF TEXAS OTOLARYNGOLOGY PARTNERS, LP,** Appellant

**V.**

**RINCEY R. WICK,** Appellee

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1224832**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.